## BARNES, Estate of, In re.

Ohio Appeals, Second District, Miami County.

No. 458. Decided November 15, 1951.

Leo H. Faust, Troy, for exceptors-appellees.
Merritt E. Schlafman, Dayton, for exceptors-appellants.

## OPINION

By WISEMAN, J:

Submitted on motion of exceptors-appellees to dismiss said appeal for the reason that said cause is not appealable on questions of law and fact.

In a proceeding involving exceptions to an inventory and appraisement filed in the administration of an estate in the Probate Court which was certified to the Common Pleas Court for hearing, under §§10501-9 and 10501-10 GC, an appeal on questions of law and fact from the order of the Common Pleas Court cannot be taken to the Court of Appeals. **Squire, Supt. v. Bates, 132 Oh St 161; In re Estate of Gurnea, 111 Oh St 715; In re Estate of Stevenson, 79 Oh Ap 413; In re Estate of Shafer, 77 Oh Ap 105; In re Estate of Green, 35 Abs 422.** See also **Vol. 2 O. Jur., Part 1, Page 120 Sec. 48.** The appeal on law and fact will be dismissed.

The appeal itself will not be dismissed, but will be reduced to an appeal on questions of law only and the appellants will be granted the right to file a bill of exceptions, assignments of error and briefs in conformity to supplement to Rule VII of this Court.

HORNBECK, PJ, MILLER, J, concur.